# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ELISABETH HEROLD,**

        **Plaintiff,**

v.                                      **Case No: 6:20-cv-2143-PGB-LRH**

**AD LEAF MARKETING FIRM,
LLC and CHRISTOPHER
DELARUE,**

        **Defendants.**
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Settlement Approval (Doc. 14 (the "**Motion**")), filed on January 29, 2021. The United States Magistrate Judge has submitted a Report recommending that the Motion be granted and the settlement approved.

After an independent *de novo* review of the record in this matter and noting that the parties filed a joint Notice of No Objection (Doc. 16), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 10, 2021 (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The Joint Motion for Settlement Approval (Doc. 14) is **GRANTED**;

3. Plaintiff's claims against Defendants are **dismissed with prejudice**;

4. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on February 10, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties